

# Fourth Court of Appeals
## San Antonio, Texas

October 25, 2019

No. 04-19-00632-CV

**IN THE INTEREST OF L.V.B.D., A CHILD,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02174
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights that must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record was originally due to be filed on October 2, 2019. The court reporter filed a notification of late record requesting until October 18, 2019 to file the reporter's record, which this court granted. The court reporter has filed a second notification of late record requesting until October 25, 2019 to file the reporter's record. The request is GRANTED. **No further requests for extension of time to file the reporter's record will be granted.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of October, 2019.

_Luz Estrada_
LUZ ESTRADA,
Chief Deputy Clerk